ELLEN JOHNSON, as Administratrix of the Estate of JOHN JOHNSON, Deceased, Appellant, *v.* STROMBERG-CARLSON TELEPHONE MANUFACTURING COMPANY, Respondent.

Argued November 30, 1937; decided January 4, 1938.

622

*William L. Clay* for appellant.

*Charles W. Green* and *Clarence L. Burton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.